UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN THE MATTER OF CJ BOATS             CIVIL ACTION
LLC, AS OWNER/OPERATOR OF
THE M/V CAPTAIN CURTIS

                                               NO: 08-1556

                                               SECTION: "A" (1)

**ORDER**

    Before the Court is an **Objection to Order Compelling Production of Medical Records (Rec. Doc. 63)** filed by non-party Joey Boudreaux, and the opposition thereto, filed by claimant Angela Rodrigue.  The motion, set for hearing on April 29, 2009, is before the Court on the briefs without oral argument.

    Movant Joey Boudreaux appeals Magistrate Judge Shushan's ruling that he produce his medical records to Rodrigue. Boudreaux was serving as captain of the M/V CAPTAIN CURTIS on the day that Kerry Rodrigue disappeared and was later found dead in the water.

    This matter was before the assigned magistrate judge pursuant to Federal Rule of Civil Procedure 72(a).  Rule 72(a) addresses nondispositive pretrial matters referred to a magistrate judge.  Rule 72(a) states that the district judge

1

shall, upon the timely filing of an objection, modify or set aside any portion of a magistrate's order found to be clearly erroneous or contrary to law. Fed. R. Civ. P. 72(a).

Judge Shushan concluded that the records were reasonably calculated to lead to the discovery of admissible evidence. The five page ruling demonstrates that Judge Shushan thoroughly weighed any relevant aspects of Louisiana law and Boudreaux's privacy rights. The records are to be produced pursuant to a stringent protective order which includes the requirement that all records be produced to Judge Shushan in camera prior to production. (Rec. Doc. 70). The Court is not persuaded that Judge Shushan's ruling was clearly erroneous or contrary to law.

Accordingly;

**IT IS ORDERED** that the **Objection to Order Compelling Production of Medical Records (Rec. Doc. 63)** filed by non-party Joey Boudreaux is **DENIED**.

May 4, 2009

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE